1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-2730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   KATHRY UNGUI
6

7           UNITED STATES DISTRICT COURT
8      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
9

10 KATHRYN UNGUI,                    | **Case No.**
                                      | **2:13-cv-05752-JAK-AGR**
11           Plaintiff,
                                      | **Honorable John A. Kronstadt**
12      vs.
13 MRS ASSOCIATES, INC.; and DOES    | **NOTICE OF SETTLEMENT**
   1 to 10, inclusive,
14
             Defendants.
15

16
17      Plaintiff, KATHRYN UNGUI, by and though her attorney, informs this

18 Honorable Court that Plaintiff has settled her case with Defendant, MRS

19 ASSOCIATES, INC. The parties are in the process of finalizing settlement, and

20 Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff

21 respectfully requests that this Honorable Court vacate all dates currently set on

22 calendar for this case.

   ///
23
   ///
24
   ///
25

NOTICE OF SETTLEMENT
- 1 -

1  Respectfully submitted this 30th day of October, 2013,

**PRICE LAW GROUP APC**

By: <u>/s/ G. Thomas Martin, III</u>
    G. Thomas Martin, III
    Attorney for Plaintiff